| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| GERALD SPENCE, | No. 2:14-cv-1170 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| STAMBAUGH, et al., | |
| Defendants. | |

In anticipation of a settlement conference previously scheduled in this case, plaintiff filed objections to this court's order denying his request to amend the scheduling order. See ECF No. 42. The settlement conference was thereafter cancelled at the request of defendants.

Plaintiff's objections to the court's order filed September 19, 2017, ECF No. 41, are overruled for the reasons stated in the order. If plaintiff chooses to seek leave to file a further amended complaint, he must file and serve a motion demonstrating good cause for amendment together with a proposed Second Amended Complaint. See Fed. R. Civ. P. 15(a)(2). If plaintiff requires additional time to conduct discovery, he may file and serve a motion demonstrating good cause to extend the existing deadlines. See Fed. R. Civ. P. 16(b)(4). If plaintiff seeks further responses to discovery, he must file and serve a supported motion to compel further discovery. See Fed. R. Civ. P. 26 et seq.

////

Accordingly, plaintiff's objections filed October 3, 2017, ECF No. 42, are overruled.

IT IS SO ORDERED.

DATED: October 5, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE