# UNITED STATES DISTRICT COURT

_____Eastern_____ **District of** _____California_____

GERALD SPENCE

Plaintiff (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

V.

CITY OF SACRAMENTO POLICE, et al.

Defendant (s),

**CASE NUMBER:** _2:14-cv-01170_____ WBS AC

Notice is hereby given that, subject to approval by the court, _____LYNNDA VOSS_____ substitutes

(Party (s) Name)

_____Carl L. Fessenden_____ , State Bar No. _____161494_____ as counsel of record in place

(Name of New Attorney)

place of _____Robert L. Chalfant of Cregger & Chalfant LLP_____ .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: _____Porter Scott_____

Address: _____350 University Ave., Suite 200, Sacramento, CA 95825_____

Telephone: _____(916) 929-1481_____ Facsimile _(916) 927-3706_____

E-Mail (Optional): _cfessenden@porterscott.com_____

I consent to the above substitution.                                    LYNNDA VOSS

Date: _____July 31, 2018_____          _____/s/ Lynnda Voss_____

(Signature of Party (s))

I consent to being substituted.                                     ROBERT L. CHALFANT

Date: _____July 31, 2018_____          _____/s/ Robert L. Chalfant_____

(Signature of Former Attorney(s))

I consent to the above substitution.                                    CARL L. FESSENDEN

Date: _____July 31, 2018_____          _____/s/ Carl L. Fessenden_____

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____August 1, 2018_____          _____allison clare_____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**