# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE, | No. 2:14-cv-1170 WBS AC P |
| Plaintiff, | |
| v. | |
| STAMBAUGH, et al., | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

**Gerald Spence, CDCR # AR-6600**, a necessary and material witness in a settlement conference in this case on August 14, 2019, is confined in North Kern State Prison (NKSP), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on **Wednesday, August 14, 2019 at 1:30 p.m.**

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place noted above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, NKSP, P. O. Box 567, Delano, California 93216:**

**WE COMMAND** you to produce the inmate named above to testify before Magistrate Judge Newman at the time and place noted above, until completion of the settlement conference or as ordered by the court. This inmate's legal property, relevant to the above-entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 8, 2019.

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE