# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

GERALD SPENCE,　　　　　　　　　　No. 2:14-cv-1170 WBS AC P

　　　　Plaintiff,

　　v.

STAMBAUGH, et al.,

　　　　　　　　　　　　　　　　　**ORDER & WRIT OF HABEAS CORPUS**
　　　　Defendants.　　　　　　　**AD TESTIFICANDUM**

Gerald Spence, CDCR # AR-6600, a necessary and material witness in a settlement conference in this case on August 14, 2019, is confined in North Kern State Prison (NKSP), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Deborah Barnes, by telephone from his place of confinement, to the U. S. District Court, Courtroom #27, 501 I Street, Sacramento, California 95814, on Wednesday, August 14, 2019 at 2:30 p.m.

　　　　　　　　　　ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephone, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. NKSP shall access the conference call system by dialing (877) 336-1828 and using the access code 1864917#. If there are any problems connecting to the conference call system, NKSP should call (916) 930-4210.

4. The Clerk of the Court is instructed to fax a copy of this order to the Litigation Coordinator at NKSP.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, NKSP, P.O. Box 567, Delano, California 93216:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Barnes at the time and place above, by telephone, until completion of the settlement conference or as ordered by the court.
////
////
////

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: August 2, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/spen1170.841