UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STAMBAUGH, et al.,<br><br>　　　　Defendants. | No. 2:14-cv-1170 WBS AC P<br><br><br>ORDER |

Plaintiff is a state prisoner, currently incarcerated at North Kern State Prison, proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. 1983. This action challenges plaintiff's treatment when he was booked into the Sacramento County Jail in 2012. Plaintiff has filed a motion requesting that this court direct the California Department of Corrections and Rehabilitation (CDCR) to authorize plaintiff's possession of his relevant booking video that defendants recently attempted to produce to plaintiff a second time. See ECF No. 117. Plaintiff states that he was informed by CDCR staff that he may retain the video in his possession only if it is mailed by opposing counsel "as a Quarterly Package" rather than "legal mail." Id.

This court requests that the Office of the California Attorney General specially appear in this action to inquire into this matter and, if possible, to resolve it; and to file and serve a

////

////

responsive statement within twenty-one (21) days after the filing date of this order. The Clerk of Court is directed to serve a copy of this order on Tami Krenzin, Supervising Deputy Attorney General.

DATED: December 18, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE