# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD SPENCE**, | No. 2:14-cv-1170 WBS AC P |
| Plaintiff, | |
| v. | |
| **STAMBAUGH, et al.**, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

**Gerald Spence, CDCR # AR-6600**, a necessary and material witness in a status conference in this case on March 11, 2020, is confined in **North Kern State Prison (NKSP)**, in the custody of the Warden. In order to secure this inmate's **telephonic attendance,** it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate by telephone before Magistrate Judge Allison Claire, at the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, **on Wednesday, March 11, 2020, at 10:00 a.m.**

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place noted above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. **The Clerk of Court is directed to fax a copy of this order to the NKSP Litigation Coordinator at 661-721-6205.**

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, NKSP, P. O. Box 567, Delano, California 93216:**

**WE COMMAND** you to produce the inmate named above to testify before Magistrate Judge Newman at the time and place noted above, until completion of the settlement conference or as ordered by the court. This inmate's legal property, relevant to the above-entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 2, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE