UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE,<br><br>Plaintiff,<br><br>v.<br><br>STAMBAUGH, et al.,<br><br>Defendants. | No. 2:14-cv-1170 WBS AC P<br><br><br><br>ORDER |

Plaintiff requests extended time to respond to defendants' motion for summary judgment filed May 28, 2020.  Due to plaintiff's recent transfer and delayed receipt of his legal property, as well as the limited extended discovery authorized in this case, plaintiff's request will be granted.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for extended time, ECF No. 150, is granted.

2. Plaintiff shall file and serve his response to defendants' May 28, 2020 summary judgment motion on or before August 14, 2020.

3. Defendants' reply, if any, shall be filed within fourteen days after plaintiff files and serves his response.

DATED: June 10, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE