UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STAMBAUGH, et al.,<br><br>　　　　Defendants. | No.  2:14-cv-1170 WBS AC P<br><br><br><br>ORDER |

　　　　On July 27, 2020, plaintiff filed a combined cross-motion for summary judgment against all defendants and an opposition to the County defendants' motion for summary judgment.  ECF No. 154.  The County defendants timely responded to plaintiff's cross-motion.  ECF No. 158; see Local Rule 251(l) (opposition due within 21 days after service of motion).  However, the City defendants have not responded to plaintiff's cross-motion for summary judgment.

　　　　Accordingly, IT IS HEREBY ORDERED that, within fourteen (14) days after the filing date of this order, defendant City shall file and serve a response to plaintiff's cross-motion for summary judgment.

DATED: August 25, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE